IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MELVIN LEE LOCKHART, III**                                                                          PLAINTIFF
**ADC #121199**

V.                              CASE NO. 4:08CV03364-BD

**DOC HOLLADAY**                                                                                      DEFENDANT

## JUDGMENT

A bench trial was held in this matter on September 18, 2009. In accordance with the Court's findings of fact and conclusions of law as recited into the record following the presentation of evidence, Judgment was rendered in favor of the Defendant. Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 21st day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE